```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       WESTERN DIVISION
                    NO. 5:17-CR-00381-BR-1
```

UNITED STATES OF AMERICA       :
                               :
        v.                     :
                               :
IRESS MARTIN TUCKER            :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 25, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the May 25, 2018 Preliminary Order of Forfeiture, to wit:

(i) $28,475.00 in U.S. Currency; and

(ii) a Glock 9mm pistol, serial number ZED206, three 9mm magazines; and

(iii) any and all related ammunition;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between June 5, 2018 and July 4, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of

publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's May 25, 2018 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the May 25, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the Federal Bureau of Investigation is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 15 August 2018.

_____
W. Earl Britt
Senior U.S. District Judge