# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 5:17-CR-381-1M

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER** |
| | ) | |
| vs. | ) | **TERMINATING SUPERVISION** |
| | ) | |
| **Iress Martin Tucker** | ) | |
| | ) | |

On May 25, 2018, Iress Martin Tucker appeared before the Honorable W. Earl Britt, Senior United States District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Distribution and Possession With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B), was sentenced to the custody of the Bureau of Prisons for a term of 121 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 5 years upon release from imprisonment. On October 2, 2020, an Order was entered that reduced the term of imprisonment to time served and supervision was modified to include 5 years of the home detention program. Iress Martin Tucker was released from custody and the term of supervised release commenced on October 7, 2020.

From evidence presented at the motion hearing on August 9, 2023, the court finds as a fact that Iress Martin Tucker, who is appearing before the court with counsel, has satisfied the terms and conditions of the judgment. It is hereby ordered that supervision be terminated.

This the 15th day of August, 2023.

Richard E. Myers II
Chief United States District Judge